IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 5:07cv00094 |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| FAIRBROOK MEDICAL CLINIC, P.A., | |
| Defendant. | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Deborah Waechter, M.D., who was adversely affected by such practices. As more fully described below, Plaintiff alleges that Deborah Waechter, M.D. was sexually harassed and subjected to a hostile work environment while working for Defendant, because of her sex, female.

JURISDICTION AND VENUE

1.   Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3)("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.   The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of North Carolina, Statesville Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Fairbrook Medical Clinic, P.A. ("Defendant"), has been a North Carolina professional corporation doing business in the state of North Carolina and the city of Hickory, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Deborah Waechter, M.D. filed charges with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From around January 2003 until February 2006, Defendant engaged in unlawful employment practices at its medical facility in Hickory, North Carolina, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). Specifically, Defendant subjected Deborah Waechter, M.D. to sexual harassment that created a sexually hostile work environment based on her sex, female. The sexual harassment was severe or pervasive and was perpetrated by the facility's owner who had direct supervisory authority over Waechter. The sexual harassment included, but was not limited to, unwelcome sexual comments and requests for sexual favors during and after her pregnancies.

8. The effect of the practices complained of in paragraph 7 has been to deprive Deborah Waechter, M.D. of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex, female.

9. The unlawful employment practices complained of in paragraph 7 were intentional.

10. The unlawful employment practices complained of in paragraph 7 were done with malice or with reckless indifference to the federally protected rights of Deborah Waechter, M.D.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from maintaining a sexually hostile work environment and any other employment practice which discriminates on the basis of sex.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Deborah Waechter, M.D. by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

D. Order Defendant to make whole Deborah Waecther, M.D. by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of

3

Case 5:07-cv-00094-RLV-DLH    Document 1    Filed 08/23/07    Page 3 of 5

enjoyment of life, humiliation, loss of self-esteem, and loss of civil rights in amounts to be determined at trial.

E. Order Defendant to pay Deborah Waechter, M.D. punitive damages for its malicious and reckless conduct, as described above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

This the 23rd day of August, 2007.

        RONALD S. COOPER
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel
        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        1801 L Street, N.W.
        Washington, D.C. 20507

        s/ Lynette A. Barnes_____
        LYNETTE A. BARNES (NC Bar 19732)
        Regional Attorney

        s/ Tina Burnside_____
        TINA BURNSIDE (WI Bar 1026965)
        Supervisory Trial Attorney

    s/ Kara Gibbon Haden
KARA GIBBON HADEN (NC Bar 26192)
Senior Trial Attorney
Email: kara.haden@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 344-6887
Facsimile: (704) 344-6780