# United States District Court
# For The Western District of North Carolina
# Statesville Division

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                CASE NO. 5:07CV94

FAIRBROOK MEDICAL CLINIC, P.A.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 2, 2009, Order.

                                          Signed: April 2, 2009

                                          Frank G. Johns, Clerk
                                          United States District Court