# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:07cv94

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| FAIRBROOK MEDICAL CLINIC, P.A., | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on request of the parties for a judicial settlement conference. A judicial settlement conference will be scheduled for Thursday, February 17, 2011, at 1 p.m. Settlement briefing is waived as the materials now before the court are adequate.

## ORDER

**IT IS, THEREFORE, ORDERED** that a judicial settlement conference is scheduled for Thursday, February 17, 2011, at 1 p.m. in Chambers, Room 302, United States Courthouse Building, 100 Otis Street, Asheville, N.C.

-1-

Signed: February 9, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge