# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07 cv 94

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff | ) ) ) |
| v | ) ) |
| FAIRBROOK MEDICAL CLINIC, P.A., | ) ) |
| Defendant. | ) |

ORDER

**THIS MATTER** coming on before the undersigned pursuant to the court's own motion. On February 17, 2011, the undersigned held a judicial settlement conference with the parties in this case and at the end of the settlement conference the parties advised the undersigned, in open court, that all matters in controversy between the plaintiff and the defendant had been settled and compromised. As of the date of the signing of this Order, there has not been a filing of either a consent judgment or a stipulation of dismissal. As a result, the undersigned will direct that the parties report to the court on or before April 15, 2011 as to the status of the filing of the documents which will resolve this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that plaintiff and defendant report to the court on or before **April 15, 2011** as to why either a consent judgment or a stipulation of dismissal has not been filed and as to when such documentation will be filed.

Signed: April 4, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge